1

2

3

4

5

6

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JERRY JOE SIMPSON, JR.,            No. CIV S-07-2107-LKK-CMK-P

12             Petitioner,

13       vs.                     <u>ORDER</u>

14   COUNTY OF STANISLAUS,

15             Respondent.

16   _____/

17           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.

19           Pending before the court are petitioner's requests for leave to proceed in forma

20   pauperis (Docs. 6 and 12). Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a)

21   showing that petitioner is unable to prepay fees and costs or give security therefor. Petitioner's

22   requests will be granted.

23           Also before the court are petitioner's amended petitions (Docs. 7 and 10).  The

24   original petition was dismissed because petitioner failed to name the correct respondent.  "A

25   petitioner for habeas corpus relief must name the state officer having custody of him or her as the

26   respondent to the petition."  <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir.

1

1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases.  Neither amended

petition names the state officer having custody over him, namely, the warden of the Deuel

Vocational Institution.  Because petitioner has not named the appropriate state officer, the

amended petitions must be dismissed with further leave to amend to name the correct respondent.

See Stanley, 21 F.3d at 360.

Petitioner is warned that failure to comply with this order may result in the

dismissal of this action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's applications for leave to proceed in forma pauperis (Docs. 6

and 12) are granted;

2.     Petitioner's amended petitions (Docs. 7 and 10) are dismissed with leave

to amend;

3.     Petitioner shall file an amended petition on the form employed by this

court, and which names the proper respondent and states all claims and requests for relief, within

30 days of the date of this order; and

4.     The Clerk of the Court is directed to send petitioner the court's form

habeas corpus petition.

DATED:  November 30, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE