**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JERRY JOE SIMPSON, JR.,                     No. CIV S-07-2107-LKK-CMK-P

      Petitioner,

  vs.                                                         <u>ORDER</u>

COUNTY OF STANISLAUS,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 3, 2007, the magistrate judge issued an order dismissing the petitioner's amended petitions on the grounds that they failed to name the proper respondent. The petitioner was granted thirty days to file an amended petition that corrected this error.

      On December 7, 2007, the petitioner filed another petition for writ of habeas corpus, naming as the respondents the County of Stanislaus and "Mr. S. Moore." On December 19, 2007, the magistrate judge filed findings and recommendations, recommending dismissal of the petitioner's action for his continued failure to name the correct respondent.

1       The court declines to adopt the magistrate judge's December 19, 2007 Findings and
2 Recommendations. The petitioner's December 7, 2007 amended petition appears to name
3 Warden S. R. Moore, Warden of the Deuel Vocational Institution, as its respondent. This appears
4 to correct the deficiencies the magistrate judge had identified in the petitioner's previous
5 petitions. The court therefore cannot agree that dismissal of the petitioner's action is appropriate.
6       For the reasons set forth above, the court DECLINES to adopt the magistrate judge's
7 December 19, 2007 findings and recommendations and REFERS the case to the magistrate judge
8 for proceedings consistent with this order.
9       IT IS SO ORDERED.
10       DATED: February 14, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT